1  **LAURIE HOWELL(CA Bar No. 098785)**
   **TFLG, A Law Corporation**
2  **4110 Truxel Road, Suite 100**
   **Sacramento, CA 95834**
3  **TELEPHONE: (916) 835-4529**
   **FACSIMILE: (916) 431-7962**
4

5  Attorneys for
   BANK OF AMERICA, N.A.
6

7

8              **UNITED STATES BANKRUPTCY COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10                  **LOS ANGELES DIVISION**

11 In Re:                                ) **Bankruptcy No. 8:18-12471-TA**
                                         )
12                                       ) **Chapter 13**
   GURPREM KANG and SURINDER KANG,       )
13                                       ) **OBJECTION TO CHAPTER 13 PLAN**
                                         )
14                                       ) Conf. Hrg. Date: 9/26/18
           Debtors.                      ) Time: 1:30 pm
15                                       ) Court: 5B
                                         ) Place: 411 W Fourth St.,
16                                       ) Santa Ana, CA
   _____)
17

18     Secured Creditor BANK OF AMERICA, N.A.,("BOA"), hereby files

19 an objection to the Chapter 13 Plan of the above Debtor, as

20 follows:

21     BOA holds a note (#68249021985899)with a total credit limit

22 of $120,000, executed by Debtors on 9/6/06, and secured by a

23 junior (HELOC) deed of trust on the principal residence of the

24 Debtors located at 7011 E. Villanueva Drive, Orange, CA 92867.[1]

25     Debtors' proposed Plan improperly classifies the BOA loan

26 under the "cramdown" provisions of Class 3B, notwithstanding the

27 ─────────────────────────

28     [1]This loan is to be distinguished from the first loan held by Bank
   of America, as to which a separate objection to Plan has been filed.

fact that the loan was neither entered into for the purchase of a vehicle, nor within the year prior to filing of this Chapter 13 case, but rather is a loan secured by Debtors' principal residence and therefore should be provided for in Class 2.

Debtors' proposed Plan further purports to provide for payment "in full" in month 10 of the Plan, however, it does not acknowledge the prepetition arrearage, nor does it provide for ongoing monthly interest payments. The current monthly payment is $2,324.55. BOA's claim, which it will file shortly, is expected to total $265,109.20, including a prepetition arrearage of $33,643.71. As stated above, the proposed Plan appears to be an attempt to impermissibly modify a mortgage on Debtors' principal residence.

BOA submits the Plan as currently proposed is inadequate on its face and fails to comply with 11 U.S.C. §§1322 and 1325. Debtors schedules indicate their income is inadequate income and they have proposed no other means of performing the Plan.

Therefore, confirmation of the Plan should be denied.

Dated: 8/15/18                                    Respectfully submitted,

                                                  TFLG, A Law Corporation


                                                   /s/ Laurie Howell
                                                  LAURIE HOWELL
                                                  Attorney for Secured Creditor
                                                  BANK OF AMERICA, N.A.

2

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 4110 Truxel Road, Suite 100, Sacramento, CA 95834

A true and correct copy of the foregoing document described as **OBJECTION TO PLAN** to be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 8/15/18 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Debtors' Attorney: James D. Hornbuckle jdh@cornerstonelawcorp.com
Chapter 13 Trustee: Amrane (SA) Cohen (TR) efile@ch13ac.com
U.S. Trustee: United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On 8/15/18 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Gurprem Kang and Surinder Kang, Debtors, 7011 E. Villanueva Drive, Orange, CA 92867(US Mail)
Hon. Theodor Albert, US Bankruptcy Court, 411 West Fourth Street, Suite 5085, Santa Ana, CA 92701-4593255 (US Mail)

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/15/18 | Donna Hoagland | /s/ Donna Hoagland |

3