Jamie D. Hanawalt (CA SBN 309934)
jhanawalt@aldridgepite.com
Joseph C. Delmotte (CA SBN 259460)
jdelmotte@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for
BANK OF AMERICA, N.A.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>GURPREM KANG and SURINDER KANG,<br><br>Debtor(s). | Case No. 8:18-BK-12471-TA<br><br>Chapter 13<br><br>**BANK OF AMERICA, N.A.'S CONDITIONAL NON-OPPOSITION TO DEBTORS' MOTION FOR AUTHORITY TO SELL REAL PROPERTY UNDER LBR 3015-1(p)**<br><br>[No Hearing Required] |

**COMES NOW,** Bank of America, N.A. ("Creditor"), a secured creditor of the above-captioned bankruptcy estate, hereby submits its Non-Opposition to the Motion for Authority to Sell Real Property Under LBR 3015-1(p) ("Motion to Sell") filed by Gurprem Kang and Surinder Kang ("Debtors"). The basis of the Non-Opposition is stated below:

/././

/././

/././

/././

/././

- 1 -    CASE NO. 8:18-bk-12471-TA
**RESPONSE TO MOTION TO SELL REAL PROPERTY**

## I. STATEMENT OF FACTS

1. On April 27, 2007, Debtors executed a promissory note in the amount of $200,000.00 (the "Note"). The Note is secured by a deed of trust (the "Deed of Trust") executed by Debtor on the real property located at 7011 E Villanueva Dr., Orange, CA 92867-6445 (the "Property"). The Deed of Trust reflects that it was duly recorded. True copies of the Note and Deed of Trust are attached hereto as Exhibits 1 and 2. The Note and Deed of Trust are referred to collectively hereinafter as the Subject Loan.

2. On July 9, 2018, the Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California – Santa Ana Division, and was assigned case number 8:18-bk-12471-TA.

3. On August 7, 2018, the Debtors filed the Motion to Sell wherein Debtors request authorization from the Court to sell the Property for a purchase price of $899,000.00 and pay off Creditor's lien in full (*see* docket No. 26).

## II. RESPONSE

**CREDITOR DOES NOT OPPOSE THE DEBTORS' MOTION TO SELL ON THE CONDITION THAT THE FOLLOWING PROVISIONS ARE INCLUDED IN THE ORDER:**

Creditors' non-opposition to the debtors' Motion to Sell is contingent upon its Claim being paid off in full or in accordance with any short sale approved by Creditor as follows:

1. Creditor's Claim shall be paid off in full or in accordance with any short sale approval authorized by Creditor before satisfying any other lien on the Property;

2. Creditor shall be permitted to submit an updated payoff demand to the applicable escrow or title company facilitating the sale so that Creditor's Claim is paid in full at the time the sale of the Property is finalized.

3. In the event that the sale of the Property does not take place, Creditor shall retain its Lien for the full amount due under the Subject Loan; and

4. To the extent that the debtors dispute any amounts which Creditor claims are owed on the Subject Loan, that the undisputed amount of Creditor's Claim be paid at the close of

the sale and for the disputed amount of Creditor's claim to be segregated in an interest bearing account with an additional $10,000 in sale proceeds pending further Order of the bankruptcy court to allow for Creditor's potential recovery of any of its reasonable attorney's fees and costs incurred to the extent that Creditor successfully establishes its right to the disputed amount due on its Claim.

Based on the foregoing, Creditor submits its Response to the Debtors' Motion to Sell, and respectfully requests that the above-referenced provisions be included in any Order granting the debtors' Motion to Sell.

Dated: August 20, 2018       **ALDRIDGE PITE, LLP**

*/s/ Jamie D. Hanawalt (CA SBN 309934)*
JAMIE D. HANAWALT
Attorneys for BANK OF AMERICA, N.A.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4375 Jutland Drive, Suite 200  P.O. Box 17933  San Diego, CA 92177-0933

A true and correct copy of the foregoing document entitled (*specify*): **CONDITIONAL NON-OPPOSITION TO DEBTORS' MOTION FOR AUTHORITY TO SELL REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 20, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**U.S. TRUSTEE:**
ustpregion16.sa.ecf@usdoj.gov

**ATTORNEY FOR DEBTORS**
James D. Hornbuckle;
jdh@cornerstonelawcorp.com

**TRUSTEE:**
Amrane (SA) Cohen (TR);
efile@ch13ac.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On August 20, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**PRESIDING JUDGE:**
Honorable Theodor Albert
Central District of California
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

**DEBTORS:**
Gurprem Kang
Surinder Kang
7011 E. Villanueva Drive
Orange, CA 92867

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 20, 2018 | Martin C. Little | /s/ MARTIN C. LITTLE |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE