**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
**770 The City Drive South, Suite 8500**
**Orange CA, 92868**
**Tel: (714) 621-0200**
**Fax: (714) 621-0277**

## UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>**GURPREM KANG**<br>**SURINDER KANG**<br><br>Debtor(s). | Chapter 13<br>Case No.: 8:18-bk-12471-TA<br><br>**NOTICE OF FILING FINAL REPORT & ACCOUNT AND NOTICE OF INTENT TO OBTAIN ORDER DISCHARGING TRUSTEE**<br><br>**[No Hearing Required]** |

TO: THE ABOVE NAMED DEBTOR(S), AND THE ATTORNEY FOR THE DEBTOR(S) IF ANY:

     NOTICE IS HEREBY GIVEN that Amrane Cohen, the Chapter 13 Trustee in the above-captioned case, intends to file a Final Report & Account, a draft of which is enclosed; and

     NOTICE IS HEREBY GIVEN that any remaining balance on hand less applicable trustee fees and attorney fees will be refunded to the debtor(s);

     NOTICE IS HEREBY GIVEN that in the event no objection is filed within thirty (30) days after the date of this Notice, the Court will discharge the Trustee (see Bankruptcy 11 U.S.C. Section 350(a) and Rule 5009, F.R.B.P.); and

     NOTICE IS FURTHER GIVEN that objection (s), if any, shall be filled with this Court and served upon the Chapter 13 Trustee at the address set forth above, upon the Debtor (s) and Debtor's attorney, if any, and upon the Office of the United States Trustee.

     Executed on 10/16/2018at Orange, California.

                                                                         /s/ Amrane Cohen_____
                                                                         Amrane Cohen, Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

IN RE: Gurprem Kang  
      7011 E. Villanueva Drive  
      Orange, CA 92867

Case No.: 8:18-bk-12471-TA  
Judge: THEODOR C. ALBERT

## DRAFT FINAL REPORT AND ACCOUNT

This case was **CONVERTED TO CHAPTER 7 BEFORE CONF(C)**

SSN#1 - XXX-XX-7400  
SSN#2 - XXX-XX-6042

This Case was commenced on 07/09/2018  
The Plan was Confirmed on  
The Case was concluded on 10/09/2018

The trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all distributions through the above referenced Plan.

RECEIPTS: Amounts paid to the trustee by or for the Debtor for the benefit of creditors:     $300.00

| DISTRIBUTIONS TO CREDITORS NAME OF CREDITOR | CLASS | CLAIM AMOUNT | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---:|---:|---:|---:|
| American Education Services | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN EXPRESS | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN EXPRESS | UNSECURED | 3,849.90 | 0.00 | 0.00 | 0.00 |
| AMERICAN EXPRESS 9/24/18 AL: A/CLM 092018 | UNSECURED | 515.19 | 0.00 | 0.00 | 0.00 |
| AMERICAN EXPRESS | INVALID TYPE | 0.00 | 0.00 | 0.00 | 0.00 |
| Amrane (SA) Cohen (TR) | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| BAC Home Loans Servicing | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| BAC Home Loans Servicing | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Bank of America 2ND TD: 7011 (PER CLASS 3B) | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Bank of America | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA, N.A. | UNSECURED | 19,544.93 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA, N.A. ARRS NO PROVS 1ST TD: 7011 (PER CLA | MORTGAGE ARREAR | 101,266.84 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA, N.A. ARRS NO PROVS 3RD TD: 7011 (CLASS 3 | MORTGAGE ARREAR | 33,643.71 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA, N.A. TD APPEARS TO BE DUP OF TEE#15. AC( | MORTGAGE ARREAR | 17,245.50 | 0.00 | 0.00 | 0.00 |
| CITIBANK, N.A. | UNSECURED | 25,186.25 | 0.00 | 0.00 | 0.00 |
| Discover Bank | UNSECURED | 8,065.12 | 0.00 | 0.00 | 0.00 |
| ECMC | UNSECURED | 41,085.29 | 0.00 | 0.00 | 0.00 |
| FRANCHISE TAX BOARD Split Claim | UNSECURED | 3,280.52 | 0.00 | 0.00 | 0.00 |
| FRANCHISE TAX BOARD NO PROVS TAX: 16 | PRIORITY | 6,278.07 | 0.00 | 0.00 | 6,278.07 |
| FRANCHISE TAX BOARD TAX: 13-15 | SECURED | 86,674.04 | 0.00 | 0.00 | 0.00 |

| DISTRIBUTIONS TO CREDITORS NAME OF CREDITOR | CLASS | CLAIM AMOUNT | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| INDUSTRIAL ASPHALT "$PRO-RATA" DISPUTED MECHANIC's LE/ | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE TAX: 11-15 | SECURED | 364,355.98 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE TAX: 14-16 "PRO-RATA" 9/13/18 AL: A/CLM | PRIORITY | 196,454.56 | 0.00 | 0.00 | 196,454.56 |
| INTERNAL REVENUE SERVICE | NOTICE ONLY | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE Split Claim | UNSECURED | 166,914.46 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| James D. Hornbuckle | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| JP Morgan Chase Bank, N.A. DP 14 VW TIGUAN | SECURED | 3,939.24 | 0.00 | 0.00 | 0.00 |
| LVNV Funding, LLC | UNSECURED | 1,473.90 | 0.00 | 0.00 | 0.00 |
| National Default Servicing Corp. | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| National Default Servicing Corp. | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER (PER CLASS PLAN CLASS 1) "$PRO-RATA | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| PIONEER CREDIT RECOVERY | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Santa Ana Division | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Surinder Kang | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| United States Trustee (SA) | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |

## SUMMARY OF CLAIMS ALLOWED AND PAID

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMT. ALLOW | 607,125.31 | 202,732.63 | 269,915.56 | | 0.00 | 1,079,773.50 | TOTAL PAID |
| PRIN. PAID | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | PRIN. AND INT. |
| INT. PAID | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |

## DISBURSEMENTS PURSUANT TO AN ORDER OF THE COURT

| DEBTORS' ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| James D. Hornbuckle | 0.00 | 0.00 |

## COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION

| FILING FEE & DEPOSIT | TRUSTEE EXP. & COMPENSATION FUND | OTHER COST | |
|---|---|---|---|
| 0.00 | 27.76 | 0.00 | 27.76 |

      I, Amrane Cohen, the Chapter 13 Trustee, certify that this Final Report and Account is a true and accurate record of the estate to the best of my knowledge, information and belief.  I hereby certify that the estate has been fully administered.

      WHEREFORE, your Petitioner prays that a Final Decree be entered discharging Amrane Cohen as Trustee and releasing Amrane Cohen and his surety from any and all liability on account of the within proceedings, and for such other and further relief as is just.

DATED: October 16, 2018　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Amrane Cohen
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Amrane Cohen

| In re:<br>Gurprem Kang<br>7011 E. Villanueva Drive<br>Orange,  CA  92867 | Debtor(s). | **CHAPTER 13**<br><br><br>**Case No.:** 8:18-bk-12471-TA |
|---|---|---|

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

770 THE CITY DR. SOUTH, #8500
ORANGE, CA  92868

The foregoing document described as <u>NOTICE OF INTENT TO FILE FINAL REPORT AND ACCOUNT</u> will be served  or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On 10/16/2018  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

  James D. Hornbuckle                           jdh@cornerstonelawcorp.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 10/16/2018 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage theron fully prepaid in the United States Mail and /or with an overnight mail service addressed as follows:

  Gurprem Kang
  Surinder Kang
  7011 E. Villanueva Drive
  Orange, CA 92867

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____  I served the following person(s) and/or entity(ies) who consented in writing to such service method, by facsimile transmission and/or email as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/16/2018 | ALDO AMAYA | /s/  ALDO AMAYA   |
|---|---|---|
| Date | Type Name | ALDO AMAYA |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    F 9013-3.1.PROOF.SERVICE